

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00514-CR

Ramiro **CASTILLO-RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 16-CR-271
Honorable Martin Chiuminatto, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for a new trial.

SIGNED August 21, 2019.

_____
Rebeca C. Martinez, Justice